```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                   :
ALBERTO URAGA, et al.,                                             :
                                                                   :
                                       Plaintiff,                  :     10 Civ. 03113 (DF)
                                                                   :
           -against-                                               :     ORDER OF
                                                                   :     DISCONTINUANCE
                                                                   :
ZEREOUE RESTAURANT AND BAR et al.,                                 :
                                                                   :
                                       Defendants.                 :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/11

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having been informed that the parties have reached an agreement in principle to resolve this action, and the parties having consented pursuant to 28 U.S.C. § 636(c) to the undersigned exercising jurisdiction over this matter and conducting all proceedings herein, it is hereby ORDERED that:

This action be, and hereby is, discontinued with prejudice and without costs, provided, however, that within 45 days of the date of this Order, if the parties' written documentation of the settlement is not completed, counsel for Plaintiff may apply by letter for the restoration of the action to the active calendar of the Court.

Dated: New York, New York
       September 7, 2011

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All counsel (via ECF)